IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GREGORY KENNY LEE, #184 070,   *

    Plaintiff,   *

v.   *   2:11-cv-675-TMH
                               (WO)

LT. WOODS, *et al.*,   *

    Defendants.   *

_____

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #3) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice due to Plaintiff's failure to pay the full filing fee upon the initiation of this case.

A separate judgment shall issue.

Done this 16th day of September, 2011.

                                                     /s/ Truman M. Hobbs
                                                   _____
                                                   UNITED STATES DISTRICT JUDGE